UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARILYN GONZALEZ
MARTINEZ,

    Plaintiff,

v.                    Case No. 8:22-cv-1252-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

    Defendant.
_____/

# O R D E R[1]

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 24; "Motion"), filed February 10, 2023, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1-2. Plaintiff has no objection to the Motion, see id. at 1, and such a disposition is clearly within the Court's authority, see Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 11), filed August 29, 2022; Reference Order (Doc. No. 14), entered August 29, 2022.

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 24) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> The Commissioner will obtain supplemental evidence from a vocational expert (VE) to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform; before relying on the VE evidence, identify and resolve any conflicts between the occupational evidence provided by the VE and information in the Dictionary of Occupational Titles; take any further action needed to complete the administrative record; and issue a new decision.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on February 15, 2023.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record